IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
RONALD GENE BUCHAN JR  
BETHANIE ELAINE-JOY BUCHAN  
229 CURTIS ST  
DOWELLTOWN, TN  37059  

Case No.10-12856-RM2-13  
JUDGE RANDAL S MASHBURN  
DATE:  January 28, 2016

## TRUSTEE'S REPORT OF UNCLAIMED MONIES

In compliance with 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, the following payee(s) are entitled to dividends or other monies which have remained unclaimed for at least ninety(90) days after a final dividend has been declared and distributed herein.  Included with this filing, is the sum of **$664.70** payable to the Clerk, U.S. Bankruptcy Court covering such unclaimed monies.

| NAME OF PAYEE(s) | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| **RONALD GENE BUCHAN JR**<br>**BETHANIE ELAINE-JOY BUCHAN** | **229 CURTIS ST**<br>**DOWELLTOWN, TN  37059** | **$664.70** |

Respectfully submitted,

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 340019  
NASHVILLE, TN  37203  
PHONE:  615-244-1101  
FAX: 615-242-3241  
pleadings@ch13nsh.com